**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>JEFFREY GALEN,<br><br>            Defendant. | Case No. 2:24-cv-09342-JLS-BFM<br><br>Hon. Josephine L. Staton<br>Courtroom 8A<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL [23]**<br><br>[Filed Concurrently with Stipulation of Dismissal] |

This matter came before the Court on Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") and Defendant Jeffrey Galen's ("Defendant") (collectively, the "Parties") Stipulation of Dismissal. The Court, upon finding good cause after having reviewed the Stipulation entered into by the Parties, hereby **ORDERS** as follows:

1. This action is **DISMISSED WITH PREJUDICE**;
2. Each Party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 16, 2025

*Josephine L. Staton*
_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE